IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-00238-F-3
No. 5:13-CV-00449-F

| | |
|---|---|
| JOHN TAYLOR TYER,<br>      Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>      Respondent. | ORDER |

This matter is before the court on John Taylor Tyer's Motion Requesting Relief from Order Dismissing Petition Pursuant to 28 U.S.C. § 2255 [DE-330]. In his motion, Tyer argues that this court should reconsider its February 27, 2015 Order [DE-272]. Following a review of the record, including the Fourth Circuit Court of Appeals' dismissal [DE-292] of Tyer's appeal of this court's order, the court sees no meritorious reason to disturb its ruling. Accordingly, Tyer's Motion Requesting Relief from Order Dismissing Petition Pursuant to 28 U.S.C. § 2255 [DE-330] is DENIED.

SO ORDERED.

This, the 20 day of May, 2016.

                                                        JAMES C. FOX
                                                      Senior United States District Judge